# Exhibit 6

 Visit H.I.G. Capital

🇬🇧 🇫🇷 🇩🇪 🇪🇸 🇮🇹 🇵🇹

Home › News

Current and historical news, press releases, and announcements.

- Europe
- U.S.
- Latin America
- Archive

## H.I.G. Capital News

Contact:

Wolfgang Biedermann
Managing Director
wbiedermann@higcapital.com

H.I.G. European Capital Partners GmbH
Warburgstrasse 50
20354 Hamburg
040 413 3060
www.higeurope.com

### H.I.G. Portfolio Company Maillis Group Sells Wulftec to Duravant

**HAMBURG – December 21, 2018** – The Maillis Group ("Maillis"), a portfolio company of H.I.G. Capital LLC ("H.I.G."), and the world's second largest manufacturer of end-of-line packaging equipment, has sold Wulftec International, Inc. ("Wulftec") to Duravant, a global engineered equipment and automation solutions provider to the food processing, packaging and material handling sectors.

Wulftec is the market-leading provider of end-of-line packaging automation solutions in North America. Wulftec leverages decades of engineering expertise and manufacturing know-how to deliver highly customized and scalable solutions that address the most complex end-of-line packaging challenges across a diversified customer base. Founded in 1990, Wulftec is located in Ayer's Cliff, Quebec.

Wolfgang Biedermann, Managing Director of H.I.G. Europe, commented: "Wulftec is the leader in the end-of-line packaging automation market with a truly compelling value proposition. The capability to deliver highly value-added solutions, and to provide around-the-clock customer service with a best in class technical support team are unmatched in the industry. Since our acquisition of Maillis, we have significantly invested into Wulftec's expansion and management has done an outstanding job to drive the company's strong growth trajectory".

**About Maillis**
Established in 1968, Maillis is the world's second largest manufacturer of end-of-line packaging equipment and offers its customers "one-stop solutions". In addition to supplying consumables such as strapping and film products, Maillis produces innovative packaging machines under well-known brand names and offers its customers international after-sales services.

Maillis is an international company with seven production sites located in Germany, Greece, Italy, Poland, Canada and the United States, with approximately 1,300 employees. With more than 15,000 customers and a broad product portfolio, Maillis generates more than €260 million in revenues. The company's customer base extends to the food and beverage, aluminium, steel, construction, timber and bailing industries and it is the exclusive or preferred supplier to major industrial and consumer products multinationals such as US Steel, Nestle, Coca Cola, P&G, Henkel, Pepsi, Mars, Lafarge, Alcoa, ArcelorMittal, Corus, Wall-mart and others. www.maillis.com.

**About Duravant**
Headquartered in Downers Grove, Illinois, Duravant is a global engineered equipment company with manufacturing, sales and service facilities throughout North America, Europe and Asia. Through their portfolio of operating companies, Duravant delivers trusted end-to-end process solutions for customers and partners through engineering and integration expertise, project management and operational excellence. With worldwide sales distribution and service networks, they provide immediate and lifetime aftermarket support to all the markets they serve in the food processing, packaging and material handling sectors. Duravant's market-leading brands are synonymous with innovation, durability and reliability. Duravant is a portfolio company of Warburg Pincus. www.duravant.com.

**About H.I.G. Capital**
H.I.G. is a leading global private equity and alternative assets investment firm with over €26 billion of equity capital under management.* Based in Miami, and with offices in New York, Boston, Chicago, Dallas, Los Angeles, San Francisco, and Atlanta

in the U.S., as well as international affiliate offices in London, Hamburg, Madrid, Milan, Paris, Bogotá, Rio de Janeiro and São Paulo, H.I.G. specializes in providing both debt and equity capital to small and mid-sized companies, utilizing a flexible and operationally focused/value-added approach:

1. H.I.G.'s equity funds invest in management buyouts, recapitalizations and corporate carve-outs of both profitable as well as underperforming manufacturing and service businesses.
2. H.I.G.'s debt funds invest in senior, unitranche and junior debt financing to companies across the size spectrum, both on a primary (direct origination) basis, as well as in the secondary markets. H.I.G. is also a leading CLO manager, through its WhiteHorse family of vehicles, and manages a publicly traded BDC, WhiteHorse Finance.
3. H.I.G.'s real estate funds invest in value-added properties, which can benefit from improved asset management practices.

Since its founding in 1993, H.I.G. has invested in and managed more than 300 companies worldwide. The firm's current portfolio includes more than 100 companies with combined sales in excess of €28 billion. For more information, please refer to the H.I.G. website at www.higcapital.com.

* Based on total capital commitments managed by H.I.G. Capital and affiliates.

Atlanta  |  Bogotá  |  Boston  |  Chicago  |  Dallas  |  Hamburg  |  London  |  Los Angeles  |  Luxembourg  |  Madrid  |  Miami  |  Milan  |  New York  |  Paris  |  Rio de Janeiro  |  San Francisco  |  São Paulo

Terms and Conditions. All material on this site Copyright © 2022 H.I.G. Capital, LLC

