UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE APPLICATION OF DAILANE INVESTMENTS LIMITED AND MICHAEL MAILLIS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782 | Case No. 22-mc-23619-RKA |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tara J. Plochocki of the law firm of LEWIS BAACH KAUFMANN MIDDLEMISS PLLC, 1101 New York Avenue NW, Suite 1000, Washington, DC, 20002, Tel: (202) 659-7217, for purposes of appearance as co-counsel on behalf of Petitioners Dailane Investments Limited and Mr. Michael Maillis in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tara J. Plochocki to receive electronic filings in this case, and in support thereof states as follows:

1.  Tara J. Plochocki ("Ms. Plochocki") is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia, California, and New York State Bars. She is admitted to practice in the U.S. District Courts for the District of Columbia, Southern District of New York, and Eastern District of Michigan. She is further

1

admitted to practice in the U.S. Courts of Appeals for the District of Columbia Circuit and the Second Circuit, as well as the U.S. Supreme Court.

2. Movant, Elizabeth M. Vélez, of the law firm of LEWIS BAACH KAUFMANN MIDDLEMISS PLLC, 405 Lexington Avenue, 64th Floor, New York, NY, 10174, Tel: (646) 965-8830, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Ms. Plochocki has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Ms. Plochocki, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to her at email address: Tara.Plochocki@lbkmlaw.com.

WHEREFORE, Movant Elizabeth M. Vélez moves this Court to enter an Order authorizing Tara J. Plochocki to appear before this Court, on behalf of Petitioners Dailane Investments Limited and Michael Maillis, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tara J. Plochocki.

Dated: November 4, 2022               Respectfully submitted,

_____
Elizabeth M. Vélez
Florida Bar No. 73614
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 64th Floor
New York, New York 10174
Tel: (212) 826-7001
Elizabeth.Velez@lbkmlaw.com

*Attorney for Petitioners*