UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mc-23619-ALTMAN/REID

IN RE APPLICATION OF DAILANE
INVESTMENTS LIMITED AND MICHAEL
MAILLIS FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. SECTION 1782
_____/

## ORDER

The Plaintiff filed an Application for Judicial Assistance and Memorandum of Law [ECF Nos. 1 & 4], asking us to appoint a Commissioner of the Court to obtain discovery from H.I.G. Capital, LLC., pursuant to 28 U.S.C. § 1782(a). The Court hereby **REFERS** this case to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters.

This case shall proceed on the Court's inactive docket. The Clerk of Court shall, therefore, administratively **CLOSE** this case. Either side may move to reopen the case at any time.

**DONE AND ORDERED** in the Southern District of Florida on November 30, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record