UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT FLORIDA

CASE NO. 1:22-MC-23619-RKA

IN RE APPLICATION OF DAILANE
INVESTMENTS LIMITED AND
MICHAEL MAILLIS FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782
_____/

## NOTICE OF APPEARANCE ON BEHALF OF H.I.G. CAPITAL, LLC

Christopher S. Carver, Esq., of the law firm Akerman LLP, hereby enters his appearance as counsel on behalf of H.I.G. Capital, LLC, and requests that copies of all pleadings, notices, orders, and other documents filed or served in this matter be served on him via CM/ECF, e-mail, or at the address listed below, as appropriate.

Dated: January 17, 2025

**AKERMAN LLP**
201 East Las Olas Boulevard
Suite 1800
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
    Christopher S. Carver, Esq.
    Florida Bar No. 993580
    christopher.carver@akerman.com

*Counsel for Defendant H.I.G. Capital, LLC*