UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23619-ALTMAN/Reid

IN RE APPLICATION OF DAILANE
INVESTMENTS LIMITED AND MICHAEL
MAILLIS FOR JUDICIAL ASSISTANCE
PURSUANT TO 28 U.S.C. SECTION 1782
_____/

### ORDER AFTER STATUS CONFERENCE

For the reasons discussed at the August 21, 2025, status conference and hearing, *see* Paperless Minutes Entry [ECF No. 57], we hereby **ORDER and ADJUDGE** as follows:

1. The Respondents' Appeal and Objections [ECF No. 52] are **DENIED**.

2. Magistrate Judge Lisette M. Reid's Order [ECF No. 50] is **AFFIRMED** in full. That Order granted the Petitioners' Motion for Authorization to Use Discovery in Litigation and to Order Removal of Confidentiality Designations [ECF No. 17] and denied the Respondents' Motion to Serve Limited Reciprocal Discovery [ECF No. 36]. Among other findings, Magistrate Judge Reid found that the Petitioners are "authorized to file the draft complaint and the complaint may be publicly filed[.]" Order at 13.

3. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on August 21, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record